# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133592 & (46)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

LINDELL BROWN, a/k/a ANTHONY MARK,
a/k/a ARTHUR RAGLANO,
    Defendant-Appellant.

SC: 133592
COA: 267117
Wayne CC: 05-007434-01

_____/

    On order of the Court, the motion for admission pro hac vice of David Z. Chesnoff is GRANTED. The application for leave to appeal the March 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

s0723

Clerk